**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

STATE OF NEW YORK et al.,

        Plaintiffs,

v.

U.S. DEPARTMENT OF THE
INTERIOR, DOUGLAS J. BURGUM,
*in his official capacity as Secretary of
the U.S. Department of the Interior,*
BUREAU OF OCEAN ENERGY
MANAGEMENT, MATTHEW
GIACONA, U.S. DEPARTMENT OF
JUSTICE, TODD BLANCHE, *in his
official capacity as Acting Attorney
General,* ATTENTIVE ENEGY LLC[1],
*as an interested party*,
        Defendants.
</td><td>

Civil Action No. 26-1910 (TJK)
</td></tr>
</table>

**DEFENDANT ATTENTIVE ENERGY LLC'S CONSENT
MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFFS' COMPLAINT**

With the consent of Plaintiffs' counsel, Defendant Attentive Energy LLC ("Attentive")

respectfully seeks an additional 46 days in which to submit its response to Plaintiffs Complaint,

aligning the schedule with the time deadlines for the government defendants in this case, and

affording counsel adequate time to coordinate and prepare a response.  Attentive met and

conferred with Plaintiffs' counsel by electronic mail as required by Local Rule 7(m), and

Plaintiffs' counsel stated that Plaintiffs consent to this motion and the requested extension of

time.

---

[1] Pursuant to Local Rule 5.1(c)(1), Attentive Energy LLC's address is: 1201 Louisiana Street
Suite 1800, Houston, TX, 77002.

1

(1) Plaintiffs filed the Complaint on June 2, 2026.  Dkt. 1.

(2) The Complaint names as defendants and asserts causes of action against the U.S. Department of the Interior, the Bureau of Ocean Energy Management, the U.S. Department of Justice, and the heads of those agencies (the "Federal Defendants"). *See* Dkt. 1 at 2-3.

(3) The due date for the Federal Defendants to respond to the Complaint is August 9, 2026, which is a Sunday.  Dkt. 8. Thus, the actual due date will be Monday, August 10.  *See* FRCP 6(a)(1)(C).

(4) The Complaint also names Attentive as a defendant, identifying it "as an interested party."  Dkt. 1 at 3.

(5) The due date for Attentive to respond to the Complaint is currently June 24, 2026. Dkt. 9.

(6) Attentive is hereby seeking a 46-day extension in which to respond to the Complaint so that its deadline will be aligned with the Federal Defendants' deadlines, and that counsel will have adequate time to prepare a response and coordinate with government counsel.

(7) On June 18, 2026, counsel for Attentive contacted counsel for Plaintiffs to obtain their position on this motion.  Plaintiffs' counsel stated that Plaintiffs consent to this motion.

(8) This is Attentive's first request for an extension of time to respond to a Complaint in this matter.

(9) Good cause exists to grant this extension because Attentive was only served through the New York Secretary of State, has not received the Complaint directly, and only

recently discovered it.  Good cause also exists because undersigned counsel was retained to represent Attentive only today and requires additional time to consider and prepare the appropriate response to the Complaint, and to coordinate with counsel for the other defendants.  Granting this extension of time would not prejudice any party, and would streamline the Court's consideration of this case because it would simply align the deadlines operative on all Defendants.

(10)    Granting this extension would have no effect on other due dates in this case because it would merely align Attentive's deadline to respond with that of the other Defendants.

(11)    If this motion is granted, the due date for all defendants to respond to the Complaint would be August 9, 2026.  Because that day falls on a Sunday, the actual due date for all Defendants would be August 10, 2026.  *See* FRCP 6(a)(1)(C).

## CONCLUSION

WHEREFORE, Attentive Energy LLC respectfully requests that the Court grant its motion for an extension of time to respond to the Complaint.

Respectfully submitted,

*/s/ Robert M. Loeb*

Robert M. Loeb (D.C. Bar No. 997838)
**ORRICK, HERRINGTON &
  SUTCLIFFE LLP**
2100 Pennsylvania Ave, NW
Washington, DC  20037
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
rloeb@orrick.com

*Counsel for Attentive Energy LLC*

June 18, 2026

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF NEW YORK et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR et al., <br> Defendants. | Civil Action No. 26-1910 (TJK) |

**[PROPOSED ORDER]**

Upon consideration of the Unopposed Motion to Extend Attentive Energy LLC's deadline for Responding to the Complaint.

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED**, and the time for Defendant to respond to Plaintiff's Complaint, including the filing of a motion to dismiss, is extended to August 9, 2026.

Dated: _____

_____
Timothy J. Kelly
United States District Judge