## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>Defendants. | Civil Action No. 26-1910 (TJK) |

### JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

On June 2, 2026, plaintiffs State of New York *et al.* (the States) filed a complaint against defendants U.S. Department of the Interior, Bureau of Ocean Energy Management, U.S. Department of Justice, and the heads of those agencies (together, Federal Defendants) and Attentive Energy LLC. ECF No. 1. All defendants' deadline to respond to the States' complaint is currently August 10, 2026. *See* ECF Nos. 6–8, Min. Order dated June 22, 2026. However, Federal Defendants have requested additional time to respond, and the States plan to amend their complaint.

Given the foregoing, the parties jointly request that the Court enter the following schedule:

1. By **August 14, 2026**, the States shall file their amended complaint;

2. By **October 9, 2026**, all defendants shall file their answers or otherwise respond to the States' amended complaint (or original complaint if no amended complaint is filed);

3. By **November 13, 2026**, the States shall respond to any motions filed by defendants; and

4. By **December 11, 2026**, all defendants shall file any replies.

A proposed order is attached.

Dated:   New York, New York
         August 4, 2026

                                         Respectfully submitted,

/s/ *Libby Dimenstein*                   /s/ *Robert M. Loeb*
Monica Wagner                            Robert M. Loeb (D.C. Bar No. 997838)
  *Deputy Bureau Chief*              Cesar Lopez-Morales (Pro Hac Vice)
Laura Mirman-Heslin                      Joshua Waldman (Pro Hac vice)
Matthew Eisenson                         Yoseph T. Desta (D.C. Bar No.
  *Assistant Attorneys General*      90002042)
Libby Dimenstein                         **ORRICK, HERRINGTON &**
  *Special Assistant Attorney General*   **SUTCLIFFE LLP**
Environmental Protection Bureau          2100 Pennsylvania Ave, NW
28 Liberty Street                        Washington, DC  20037
New York, NY 10005                       Telephone: (202) 339-8400
(212) 416-8469                           Facsimile: (202) 339-8500
Libby.Dimenstein@ag.ny.gov               rloeb@orrick.com

Morgan Costello                          Geoffrey Shaw (Pro Hac Vice)
  *Deputy Bureau Chief*              **ORRICK, HERRINGTON &**
Environmental Protection Bureau          **SUTCLIFFE LLP**
The Capitol                              355 S. Grand Ave., Suite 2700
Albany, NY 12224                         Los Angeles, CA 90071

*Attorneys for Plaintiff States*         *Counsel for Attentive Energy LLC*

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Xinyu Yang*
Xinyu Yang, Texas Bar #24098643
Assistant United States Attorney
601 D Street, NW

Washington, DC 20530
202-252-7225

*Attorneys for the United States of America*

3