**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF NEW YORK *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR *et al.*, <br><br> Defendants. | Civil Action No. 26-1910 (TJK) |

**[PROPOSED] SCHEDULING ORDER**

The parties have jointly moved for entry of a scheduling order. Having considered the joint motion, it is hereby:

**ORDERED** that the joint motion is GRANTED. The Court adopts the following schedule:

1. By **August 14, 2026**, plaintiffs shall file their amended complaint;

2. By **October 9, 2026**, all defendants shall file their answers or otherwise respond to plaintiffs' amended complaint (or original complaint if no amended complaint is filed);

3. By **November 13, 2026**, plaintiffs shall respond to any motions filed by defendants; and

4. By **December 11, 2026**, all defendants shall file their replies, if any.

**IT IS SO ORDERED** on this _____ day of _____, 2026.

_____
Honorable Timothy J. Kelly
United States District Judge