# EXHIBIT 2



# United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, DC  20240

Lease Cancellation Decision
April 17, 2026

Jen Banks
Permitting and Development Director
Attentive Energy, LLC
1201 Louisiana Street, Suite 1800
Houston, Texas 77002
Phone: (919) 714-9258
Email: Jen.Banks@totalenergies.com

Dear Ms. Banks:

Attentive Energy, LLC was the successful bidder for Lease OCS-A 0538, at a sale that was held in February 2022. Lease OCS-A 0538 was issued effective May 1, 2022, subject to the terms of the Outer Continental Shelf Lands Act (43 U.S.C. §§ 1331 *et seq*.).

After lease issuance, Attentive Energy and the United States, through the Department of the Interior (DOI) executed a settlement agreement on March 23, 2026.  As reflected in the agreement, DOI determined that cancelling Lease OCS-A 0538 is in the public interest, and Attentive Energy stated that it would have asserted claims in litigation against the United States related to the lease.  The agreement recognized that DOI would not have issued the lease in May 2022 had it known the sensitive information that it recently learned from the Department of War.

Pursuant to that agreement, Attentive Energy's parent company provided on April 13 an unqualified accounting audit report and supporting documentation to the Assistant Secretary – Policy, Management, and Budget, as indicated in section three of the agreement. The documentation submitted is sufficient under the terms of section 3.  Accordingly, April 13, 2026, is the "effective date" under the agreement. Section four of the agreement states that, within five business days of the effective date, DOI will inform the Office of Natural Resources Revenue (ONRR) that Lease No. OCS-A 0538 has been cancelled.  To provide that notice, ONRR and the Bureau of Safety and Environmental Enforcement (BSEE) are copied on this letter.

In accordance with the agreement, DOI is hereby cancelling and rescinding Lease No. OCS-A 0538.  BOEM will update its records accordingly.  Pursuant to Section 5 of the agreement, DOI will, through the Department of Justice, request payment in the amount

2

of $795,000,000 to Attentive Energy from the Judgment Fund Branch at the United States Department of Treasury.

If you have any questions regarding this matter, please contact Ms. Rachelle Pierre at Rachelle.Pierre@boem.gov or (703) 787-1560.

Sincerely,

LANNY
ERDOS

Digitally signed by LANNY
ERDOS
Date: 2026.04.17 12:46:49
-04'00'

Lanny E. Erdos
Director, Office of Surface Mining, Reclamation, and
Enforcement Exercising Authority of the Assistant Secretary
Land and Minerals Management

cc:     Bureau of Safety and Environmental Enforcement
        Office of Natural Resources Revenue